IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLEN NASH, | ) | |
| #52304-177, | ) | |
| Movant, | ) | |
| | ) | No. 3:20-CV-66-B-BH |
| vs. | ) | No. 3:15-CR-478-B(1) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Referred to U.S. Magistrate Judge[1] |
| Respondent. | ) | |

**ORDER**

Before the Court is the *Motion to withdraw rule 59(e) motion*, received on October 13, 2021 (doc. 122). The motion is **GRANTED**, and the motion *Motion to alter or amend Judgment under rule 59(e)*, received on October 4, 2021 (doc. 120), is **DEEMED WITHDRAWN**. The *Findings, Conclusions and Recommendation* filed on October 6, 2021 (doc. 121), are hereby **VACATED**.

**SO ORDERED this 14th day of October, 2021.**

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] By *Special Order No. 3-251*, this case has been automatically referred for findings, conclusions, and recommendation.